## LILLIE E. DICKERMAN
vs.
## LOMAS & NETTLETON CO., TRUSTEE, ET AL.
Superior Court    New Haven County    File #46416
Present: Hon. FREDERICK M. PEASLEY, Judge.
H. L. Dickerman,           Attorney for the Plaintiff.
Clark, Hall & Peck,        Attorneys for the Defendant.

**MEMORANDUM FILED MARCH 28, 1935.**

PEASLEY, J.   The answer in this case is voluminous and in some paragraph violates the rule against the pleading of evidential matters, but threaded through the whole of the nineteen paragraphs a proper, legal defense can be discerned. The motion to expunge would in this case, if granted, perform the function of a demurrer, and it has been repeatedly held that it can not be made to serve that purpose.

The motion to expunge is therefore denied.